**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| 1. KIMBERLY G. BORLAND, an individual, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CASE NO.: 17-CV-403-CVE-JFJ |
| | ) |
| 1. FARWEST CORROSION CONTROL COMPANY, a foreign corporation, | ) |
| | ) |
| Defendant. | ) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

**COME NOW** the Plaintiff, Kimberly G. Borland, by and through her attorney of record, Charles C. Vaught of *Armstrong & Vaught, P.L.C.*, and the Defendant, Farwest Corrosion Control Company, by and through its attorneys of record, Steven L. Rahhal and Aundrea L. Gamble Holt of *Littler Mendelson, P.C.*, and, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all of Plaintiff's claims and causes of action brought against Defendant in the above styled and numbered case with prejudice, each party to bear his or its own attorney's fees and costs.

Dated this 1st Day of December, 2017.

Respectfully Submitted,

Armstrong & Vaught, P.L.C.

*/s/ Charles C. Vaught*
Charles C. Vaught, OBA #19962
ARMSTRONG & VAUGHT, P.L.C.
2727 E. 21st Street, Suite 505
Tulsa, OK 74114
(918) 582-2500
(918) 583-1755 Facsimile
cvaught@a-vlaw.com
*Attorney for Plaintiff*

1

Littler Mendelson, P.C.

*/s/ Steven L. Rahhal*
*(signed by Plaintiff's attorney with permission of Defendant's attorney)*
Steven L. Rahhal
Aundrea L. Gamble Holt
Littler Mendelson, P.C.
2001 Ross Avenue
Suite 1500, Lock Box 116
Dallas, TX 75201-2931
srahhal@littler.com
***Attorney for Defendant***